# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
## GREENSBORO DIVISION
### Case No. 14-cv-850

| | |
|---|---|
| KEITH BUNCH ASSOCIATES, LLC, a North Carolina limited liability company, individually and as the representative of a class of similarly-situated persons, | )<br>)<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| LA-Z-BOY INCORPORATED, LA-Z-BOY GLOBAL LIMITED, Michigan corporations, and HYDROPOOL INC., 2217044 ONTARIO INC., Canadian corporations, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff and Defendants, through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal of the action *without prejudice*.

Respectfully submitted, this the 11th day of July, 2016.

| | |
|---|---|
| **s/ John F. Bloss** | **s/ Caroline P. Mackie, Esq.** |
| John F. Bloss | Caroline P. Mackie, Esq. |
| Higgins Benjamin, PLLC | Poyner Spruill LLP |
| 101 W. Friendly Ave., Ste. 500 | P. O. Box 1801 |
| Greensboro, NC  27401 | Raleigh, NC  27602-1801 |
| Telephone:  336-273-1600 | Telephone:  919-783-2827 |
| Fax:  336-274-4650 | Fax:  919-783-1075 |
| JBloss@greensborolaw.com | cmackie@poynerspruill.com |
| | |
| **s/ Brian J. Wanca** | **s/ Molly A. Arranz** |
| Brian J. Wanca | Molly A. Arranz |
| Anderson + Wanca | SmithAmundsen LLC |
| 3701 Algonquin Rd., Suite 760 | 150 N. Michigan Ave., Suite #3300 |
| Rolling Meadows, IL 60008 | Chicago, IL  60601 |
| Telephone:  847-368-1500 | Telephone: 312-894-3200 |
| Fax:  847-368-1501 | Fax  312-894-3210 |
| bwanca@andersonwanca.com | marranz@salawus.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 11, 2016 the foregoing document was filed electronically through the Court's CM/ECF system in compliance with the Local Rules. Electronic notice is sent to all counsel of record.

By:  /s/ **John F. Bloss**